# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL WAYNE ROSE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DOMINGO URIBE, JR., Warden, )<br>)<br>Respondent. )<br>) | No. CV 11-5737-CJC (RCF)<br><br>ORDER ACCEPTING REPORT<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge, as well as Petitioner's objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 17, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE