JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DANIEL WAYNE ROSE,** | )<br>) |
| Petitioner, | ) No. CV 11-5737-CJC (RCF)<br>) |
| v. | ) JUDGMENT<br>) |
| **DOMINGO URIBE, JR., Warden,** | )<br>) |
| Respondent. | )<br>) |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: <u>October 17, 2012</u>

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE